FILED

10 DEC -2 PM 12: 18

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN GHAHREMANI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BORDERS GROUP, INC., a Michigan corporation; BORDERS, INC., a Colorado corporation; BORDERS ONLINE, Inc., a Michigan corporation; BORDERS DIRECT, LLC, a Virginia limited liability company; PAPERCHASE PRODUCTS LIMITED, a United Kingdom corporation; and DOES 1 through 100, inclusive.,<br><br>Defendants. | CASE NO. 10-cv-1248-BEN-RBB<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Docket No. 27] |

Having considered the parties' Joint Motion for Judgment of Dismissal with Prejudice ("Joint Motion"), and good cause appearing, the Court hereby **GRANTS** the Joint Motion. The above-captioned action is hereby **DISMISSED WITH PREJUDICE**. Each party to bear its own costs and attorneys' fees.

**IT IS SO ORDERED**.

Date: December ___, 2010

_____
Hon. Roger T. Benitez
United States District Court Judge